THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Robert Lavern Hilton,       
Appellant.
 
 
 

Appeal From Florence County
L. Casey Manning, Circuit Court Judge

Unpublished Opinion No. 2003-UP-498
Submitted June 9, 2003  Filed August 26, 2003 

APPEAL DISMISSED

 
 
 
Deputy Chief Attorney Joseph L. Savitz, III, Office of Appellate 
 Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh,  Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia;  and Solicitor Edgar Lewis Clements, III, of Florence, for 
 Respondent.
 
 
 

PER CURIAM: Robert Lavern Hilton appeals 
 from his guilty plea to voluntary manslaughter.  He contends the circuit court 
 erred by accepting his plea without obtaining a waiver for the right to confront 
 his accusers.  Hiltons counsel attached to the brief a petition to be relieved 
 as counsel, stating that he had reviewed the record and concluded this appeal 
 lacks merit.  After a thorough review of the record and counsels brief pursuant 
 to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss 
 [1] Hiltons appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., CONNOR and ANDERSON, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.